UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ROBERT BRIAN MILLER, | ) | 1:06-CV-0476 LJO WMW (HC) |
| Petitioner, | ) | |
| v. | ) | ORDER GRANTING EXTENSION OF TIME TO FILE A RESPONSIVE PLEADING (DOCUMENT #9) |
| CATHY MENDOZA-POWERS, | ) | |
| Respondent. | ) | |

Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254. On May 30, 2007, respondent filed a motion to extend time to file a response to the petition for writ of habeas corpus. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Respondent is granted thirty days from the date of service of this order in which to file a responsive pleading.

IT IS SO ORDERED.

**Dated:   June 25, 2007**          /s/  **William M. Wunderlich**
                                             UNITED STATES MAGISTRATE JUDGE