1
2
3
4
5
6
7
8                       UNITED STATES DISTRICT COURT
9                          EASTERN DISTRICT OF CALIFORNIA
10
11
12  ROBERT BRIAN MILLER,                  1: 06 CV 00476 WMW HC
13              Petitioner,                ORDER GRANTING EXTENSION OF TIME TO
                                           FILE ANSWER TUNC PRO TUNC
                                           [Doc. 13]
14      v.
                                           ORDER DENYING MOTION FOR THE COURT
15  CATHY MENDOZA-POWERS,                  TO CONSIDER THE PETITION
                                           [Doc. 14]
16
              Respondent.
17  _____/
18
19
20
           Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus
21
   pursuant to 28 U.S.C. § 2254.  Pursuant to Title 28 U.S.C. § 636(c)(1), the parties have consented to
22
   the jurisdiction of the United States Magistrate Judge.
23
           On July 26, 2007, Respondent filed a request for an extension of time to file her answer in
24
   this case.  Petitioner filed objections to that request on August 3, 2007.  Good cause appearing, the
25
   court HEREBY overrules Petitioner's objection and GRANTS Respondent's request for a thirty day
26
   extension of time nunc pro tunc.
27
           On August 3, 2007, Petitioner filed a motion for the court to consider the petition on the
28

1 merits without granting Respondent a further extension of time to file an answer.  Petitioner's motion
2 is HEREBY DENIED.
3 IT IS SO ORDERED.
4 **Dated:   January 17, 2008**              **/s/  William M. Wunderlich**
                                              UNITED STATES MAGISTRATE JUDGE